| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: <br> **Western District of Texas** <br> Case number (*If known*): _____ Chapter **11** |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | **Debtor's name** | **Quick Dry Carpet Cleaning LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | **dba Quick Dry Restoration** <br> **dba Austin Steam Cleaning** <br> **dba Safe and Sound Moving** <br> **aka Maids Around Town** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-2343535** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **7917 Aspen Highlands Dr.** <br> Number   Street | Number   Street |
| | | **Austin         TX    78746** <br> City         State  Zip Code | **TX** <br> City         State  Zip Code |
| | | | **Location of principal assets, if different from principal place of business** |
| | | **TRAVIS** <br> County | **826 Wagon Trail** <br> Number   Street |
| | | | **Austin         TX    78758** <br> City         State  Zip Code |

| 5. | **Debtor's website (URL)** | **https://quickdryaustin.com/** |
|---|---|---|

Debtor   **Quick Dry Carpet Cleaning LLC**   Case number *(if known)* _____
          Name

**6. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business:**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**2361**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor  **Quick Dry Carpet Cleaning LLC**  Case number *(if known)* _____
         Name

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br><br> If more than 2 cases, attach a separate list. | ☒ No <br> ☐ Yes. District _____  When _____  Case number _____ <br>                  MM/DD/YYYY <br>        District _____  When _____  Case number _____ <br>                  MM/DD/YYYY |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☒ No <br> ☐ Yes. Debtor _____  Relationship _____ <br>        District _____  When _____ <br>                                 MM/DD/YYYY <br>        Case number, if known _____ |
| 11. | **Why is the case filed in *this district*?** | Check all that apply: <br> ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** (Check all that apply.) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br><br> **Where is the property?** _____ <br>     Number     Street <br> _____ <br>     City     State     ZIP Code <br><br> **Is the property insured?** <br> ☒ No <br> ☐ Yes. Insurance agency _____ <br>         Contact name _____ <br>         Phone _____ |

Debtor  **Quick Dry Carpet Cleaning LLC**   Case number *(if known)* _____
        Name

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/15/2023
             MM / DD / YYYY

× **/s/ Penny Lane**                          **Penny Lane**
  Signature of authorized representative of debtor   Printed name

  Title  **President & Manager**

| Debtor | **Quick Dry Carpet Cleaning LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**18.  Signature of attorney**

x **/s/ Todd Headden**
Signature of attorney for debtor

Date **08/15/2023**
MM / DD / YYYY

**Todd Headden**
Printed name

**Hayward PLLC**
Firm name

**7600 Burnet Road, Suite 530**
Number        Street

**Austin**              **TX**        **78757**
City                    State        ZIP Code

**(737) 881-7100**                **theadden@haywardfirm.com**
Contact Phone                     Email address

24096285                          **Texas**
Bar number                        State

**Fill in this information to identify the case and this filing:**

Debtor Name __Quick Dry Carpet Cleaning LLC__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (*If known*): _____

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/15/2023__
MM/DD/YYYY

✗ __/s/ Penny Lane__
Signature of individual signing on behalf of debtor

__Penny Lane__
Printed name

__President & Manager__
Position or relationship to debtor

**Fill in this information to identify your case:**

Debtor Name  **Quick Dry Carpet Cleaning LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (*If known*):

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Rhino Rennovations LLC<br>533 Gray Hawk Ridge<br>Leander, TX 78641 | | Trade Vendor | | | | $256,000.00 |
| 2 | Lionheart Funding LLC<br>34 Broad St<br>Red Bank, NJ 07701 | | | Disputed | | | $91,082.50 |
| 3 | BPM Fuel<br>3512 Southwest Blvd<br>Tulsa, OK 74107 | | | | | | $82,000.00 |
| 4 | Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 73301 | | | | | | $51,000.00 |
| 5 | Lionheart Funding LLC<br>15632 Allure Dr<br>Westfield, IN 46074 | | | | | | $44,082.50 |

Debtor    **Quick Dry Carpet Cleaning LLC**                                  Case number *(if known)*
            Name

| # | Creditor | | | | | Amount |
|---|---|---|---|---|---|---|
| 6 | Revenue.io<br>15000 Ventura Blvd #201<br>Sherman Oaks, CA 91403 | | | | | $31,191.16 |
| 7 | Chamellion Properties<br>901 W 9th St<br>Austin, TX 78703 | | | | | $29,253.91 |
| 8 | Ark Reliable Framing<br>130 La Paz Pl<br>Cedar Creek, TX 78612 | | | | | $28,500.00 |
| 9 | Core Franchise<br>44 East Avenue #2301<br>Austin, TX 78701 | | | | | $28,500.00 |
| 10 | Bank of America<br>100 North Tryon St<br>Charlotte, NC 28255 | | | | | $28,000.00 |
| 11 | Growfin.ai<br>3082 Moser Way<br>Marietta, GA 30060 | | | | | $14,700.00 |
| 12 | Ryan Adkins<br>1902 Woodland Ave<br>Austin, TX 78741 | | | | | $13,000.00 |
| 13 | RMA Toll<br>P.O. Box 3649<br>Pflugerville, TX 78691 | | | | | $12,000.00 |
| 14 | Joe and Katie Linville<br>101 Spellbrook Lane<br>Austin, TX 78734 | | | | | $7,500.00 |
| 15 | AT&T Mobile<br>4331 Communications Dr.,<br>Floor 4W<br>Dallas, TX 75211 | | | | | $5,500.00 |
| 16 | Blue Cross Blue Shield<br>1001 E Lookout Dr<br>Richardson, TX 75082 | | | | | $5,500.00 |

| Debtor | Quick Dry Carpet Cleaning LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | **Ramp**<br>**71 5th Avenue, 6th Floor**<br>**New York, NY 10003** | | | | | $5,200.00 |
| 18 | **The Hartford**<br>**690 Asylum Ave**<br>**Hartford, CT 06155** | | | | | $4,000.00 |
| 19 | **Fuel Logic**<br>**350 Hawkins Run Road**<br>**Midlothian, TX 76065** | | | | | $3,609.00 |
| 20 | **4imprint.com**<br>**101 Commerce St**<br>**Oshkosh, WI 54901** | | | | | $3,600.00 |

# United States Bankruptcy Court

## Western District of Texas

In re **Quick Dry Carpet Cleaning LLC**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 08/15/2023

/s/ Penny Lane  
**Penny Lane**  
Signature of Debtor

4imprint.com
101 Commerce St
Oshkosh, WI 54901


AdAirded Digital Media
c/o Adam Lebo
111512 Tanglebriar Trl
Austin, TX 78750


ADP Security
525 Woodruff Rd
Greenville, SC 29607


ADT
452 Sable Blvd., Unit G
Aurora, CO 80011


Ally Financial
P.O. Box 380901
Bloomington, MN 55438


Angie Williams
Need Address


ARC Abatement
2450 Hwy 183 N
Leander, TX 78641


Ark Reliable Framing
130 La Paz Pl
Cedar Creek, TX 78612


AT&T Mobile
4331 Communications Dr., Floor 4W
Dallas, TX 75211

**Bank of America**
**100 North Tryon St**
**Charlotte, NC 28255**

**Blue Cross Blue Shield**
**1001 E Lookout Dr**
**Richardson, TX 75082**

**BPM Fuel**
**3512 Southwest Blvd**
**Tulsa, OK 74107**

**Building Abatement Demo Company**
**1621 CR 269**
**Leander, TX 78641**

**Capital One**
**1680 Capital One Dr**
**Mc Lean, VA 22102**

**Carrie Lou Bloom**
**Need Address**

**Centex Environmental**
**4808 Hale Dr**
**Austin, TX 78735**

**Chamellion Properties**
**901 W 9th St**
**Austin, TX 78703**

**Core Franchise**
**44 East Avenue #2301**
**Austin, TX 78701**

**David Fogel P.C.**
**1225 Franklin Ave.**
**Suite 201**
**Garden City, NY 11530**


**Elizabeth Whitley**
**2803 Checker Dr**
**Cedar Park, TX 78613**


**Fernando Sanchez**
**13222 Dime Box Trl**
**Austin, TX 78729**


**Fuel Logic**
**350 Hawkins Run Road**
**Midlothian, TX 76065**


**Gene Raymond**
**Need Address**


**GM Financial**
**P.O. Box 1630**
**Fort Worth, TX 76101**


**Growfin.ai**
**3082 Moser Way**
**Marietta, GA 30060**


**Hajjar Peters LLP**
**3144 Bee Caves Rd**
**Austin, TX 78746**


**High Ranking Software**
**Need Address**

**Howard Thompson**
**13901 Greystone Dr.**
**Austin, TX 78731**


**IMA Select**
**14221 North Dallas Parkway, Suite 700**
**Dallas, TX 75254**


**Immomover/Docusketch**
**3900 Florida Ave S, Suite 304**
**Lakeland, FL 33813**


**Impact Fire Sprinkler**
**14000 Summit Dr., Suite 700**
**Austin, TX 78728**


**Internal Revenue Service**
**Centralized Insolvency Office**
**P.O. Box 7346**
**Philadelphia, PA 73301**


**Jeff Mehi**
**2005 Goodrich Ave**
**Austin, TX 78704**


**Joe and Katie Linville**
**101 Spellbrook Lane**
**Austin, TX 78734**


**Kalamata Loans**
**80 Broad St., 12th Floor**
**New York, NY 10004**


**Kelli Hughes**
**2105 Big Hollow Dr**
**Austin, TX 78728**

**Linxup**
424 S. Woods Mill Rd.
Chesterfield, MO 63017


**Lionheart Funding LLC**
15632 Allure Dr
Westfield, IN 46074


**Lionheart Funding LLC**
34 Broad St
Red Bank, NJ 07701


**Lionheart Funding LLC**
66 W. Flagler St.
Suite 900
Miami, FL 33130


**Lionheart Funding, LLC**
101 Chase Ave.
Suite 208
Lakewood, NJ 08701


**Lizzie Sorkin**
8806 Ampezo Trl
Austin, TX 78749


**Matterport**
352 East Java Dr
Sunnyvale, CA 94089


**Penny Lane**
7917 Aspen Highlands Dr.
Austin, TX 78746

**Personal Administrators, Inc.**
**3939 Bee Cave Rd.**
**Building C-100**
**Austin, TX 78746**


**Quickbooks**
**2632 Marine Way**
**Mountain View, CA 94043**


**Ramp**
**71 5th Avenue, 6th Floor**
**New York, NY 10003**


**Raymond Moore**
**321 Louisiana Dr.**
**Thibodaux, LA 70301**


**Revenue.io**
**15000 Ventura Blvd #201**
**Sherman Oaks, CA 91403**


**Rhino Rennovations LLC**
**533 Gray Hawk Ridge**
**Leander, TX 78641**


**RMA Toll**
**P.O. Box 3649**
**Pflugerville, TX 78691**


**Ryan Adkins**
**1902 Woodland Ave**
**Austin, TX 78741**


**Scott Courtney**
**2020 Northridge Dr**
**Austin, TX 78723**

T-Mobile
P.O. Box 53410
Bellevue, WA 98015


The Hartford
690 Asylum Ave
Hartford, CT 06155


Tommie Williams
7302 Eganhill Dr.
Austin, TX 78746


TxDmv.gov
4000 Jackson Ave
Austin, TX 78731


TxTag
12719 Burnet Rd
Austin, TX 78727