

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 02, 2024.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-10638-SMR |
| | § | |
| QUICK DRY CARPET CLEANING LLC[1] | § § | |
| DEBTOR | § | CHAPTER 11 SUBCHAPTER V |

### ORDER SETTING HEARING ON CONFIRMATION
### OF PLAN AND RELATED DEADLINES, WITH NOTICE THEREOF

On February 1, 2024, the Court held a status conference in the above-styled case. The Court finds that, pursuant to 11 U.S.C. § 1191 and Bankruptcy Rule 3017.2, the following Order should be entered.

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. <u>April 4, 2024, at 10:00 a.m. (CT)</u>, at the U.S. Bankruptcy Court, Courtroom #1 903 San Jacinto Blvd., Austin, Texas, is fixed as the time and place of the hearing on confirmation of the Plan and any objections thereto.

2. <u>March 25, 2024, at 5:00 p.m. (CT)</u> is fixed as the last day for holders of claims and interests to accept or reject the Plan by submitting a ballot. Such ballots shall be sent to counsel for the Debtor at the address set forth in the Plan. Ballots shall not be filed with the Court.

3. <u>March 25, 2024, at 5:00 p.m. (CT)</u> is also fixed, pursuant to Bankruptcy Rule 3020(b)(1), as the last day for filing and serving written objections to confirmation of the Plan. Any objections to the Plan shall be accompanied by a memorandum of legal authorities supporting such objection.

---

[1] The mailing address of the Debtor is 7917 Aspen Highlands Drive, Austin, Texas 78746. The EIN of the Debtor is 81-2343535.

1

4.  March 25, 2024, at 5:00 p.m. (CT) is also fixed as (a) the last day for filing and serving any notice of a § 1111(b) election under Bankruptcy Rule 3014; and (b) the record date by which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security to be eligible to accept or reject the Plan under Bankruptcy Rule 3017.2.

5.  By March 29, 2024, counsel for the Debtor shall file with the Court (a) a ballot summary in the form required by Local Bankruptcy Rule 3018(b) with a copy of the ballots; (b) a memorandum of legal authorities addressing any unresolved objections filed to the Plan; and (c) under a notice coversheet, a proposed order confirming the Plan.

6.  By February 23, 2024, counsel for the Debtor shall transmit by first class mail, a copy of the Plan, this Order or a notice of its provisions, and a ballot conforming with Official Form 314, to all creditors, equity security holders, the Trustee, the Debtor, and all other parties in interest. Counsel for the Debtor shall promptly file a Certificate of Service with the Court reflecting such mailing.

7.  The Debtor shall file an Amended Subchapter V Plan of Reorganization by February 20, 2024 along with a redline comparing the Amended Subchapter V Plan to the Original Subchapter V Plan.

# # #