**CHAPTER 11 DEBTOR PROJECTIONS**
**Quick Dry Carpet Cleaning (23-10638)**
**Subchapter V Debtor**

| | May Month 1 | June Month 2 | July Month 3 | August Month 4 | September Month 5 | October Month 6 | November Month 7 | December Month 8 | 2024 Total | FY2025 Months 9-20 | FY2026 Months 21-32 | FY2027 Months 33-44 | FY2028&29 Months 45-60 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales and Gross Income** | | | | | | | | | | | | | |
| Gross Income | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | $ 720,000.00 | $ 1,188,000.00 | $ 1,306,800.00 | $ 1,437,480.00 | $ 1,581,228.00 |
| | | | | | | | | | | | | | |
| **Prime Costs** | | | | | | | | | | | | | |
| COGS - Supplies & Materials | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 2,800.00 | $ 4,620.00 | $ 5,082.00 | $ 5,590.20 | $ 6,149.22 |
| **Total Prime Costs** | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 2,800.00 | $ 4,620.00 | $ 5,082.00 | $ 5,590.20 | $ 6,149.22 |
| **Gross Profit** | $ 89,650.00 | $ 89,650.00 | $ 89,650.00 | $ 89,650.00 | $ 89,650.00 | $ 89,650.00 | $ 89,650.00 | $ 89,650.00 | $ 717,200.00 | $ 1,183,380.00 | $ 1,301,718.00 | $ 1,431,889.80 | $ 1,575,078.78 |
| **Operating Expenses** | | | | | | | | | | | | | |
| *Labor* | | | | | | | | | | | | | |
| Contract Labor | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 52,000.00 | $ 85,800.00 | $ 94,380.00 | $ 103,818.00 | $ 114,199.80 |
| Developers | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 20,800.00 | $ 34,320.00 | $ 37,752.00 | $ 41,527.20 | $ 45,679.92 |
| Wages & Taxes | $ 38,342.18 | $ 38,342.18 | $ 38,342.18 | $ 38,342.18 | $ 38,342.18 | $ 38,342.18 | $ 38,342.18 | $ 38,342.18 | $ 306,737.44 | $ 506,116.78 | $ 556,728.45 | $ 612,401.30 | $ 673,641.43 |
| *Automobile* | | | | | | | | | | $ - | | | | |
| Automobile Payments | $ 5,519.13 | $ 5,519.13 | $ 5,519.13 | $ 5,519.13 | $ 5,519.13 | $ 5,519.13 | $ 5,519.13 | $ 5,519.13 | $ 44,153.04 | $ 72,852.52 | $ 80,137.77 | $ 88,151.54 | $ 96,966.70 |
| Fuel & Maintenance | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 12,800.00 | $ 21,120.00 | $ 23,232.00 | $ 25,555.20 | $ 28,110.72 |
| Insurance - Automobile | $ 1,606.70 | $ 1,606.70 | $ 1,606.70 | $ 1,606.70 | $ 1,606.70 | $ 1,606.70 | $ 1,606.70 | $ 1,606.70 | $ 12,853.60 | $ 21,208.44 | $ 23,329.28 | $ 25,662.21 | $ 28,228.43 |
| Tolls, Registration, Inspection | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 4,000.00 | $ 6,600.00 | $ 7,260.00 | $ 7,986.00 | $ 8,784.60 |
| *Business Development* | | | | | | | | | | | | | |
| Lead Referrals | $ 4,700.00 | $ 4,700.00 | $ 4,700.00 | $ 4,700.00 | $ 4,700.00 | $ 4,700.00 | $ 4,700.00 | $ 4,700.00 | $ 37,600.00 | $ 62,040.00 | $ 68,244.00 | $ 75,068.40 | $ 82,575.24 |
| Advertisements/Marketing | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 48,000.00 | $ 79,200.00 | $ 87,120.00 | $ 95,832.00 | $ 105,415.20 |
| Marketing Agency | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| *Office and Administration* | | | | | | | | | | $ - | | | | |
| Software/Office Management | $ 1,532.37 | $ 1,532.37 | $ 1,532.37 | $ 1,532.37 | $ 1,532.37 | $ 1,532.37 | $ 1,532.37 | $ 1,532.37 | $ 12,258.96 | $ 20,227.28 | $ 22,250.01 | $ 24,475.01 | $ 26,922.52 |
| Salesforce (integrated CRM) | $ 1,705.60 | $ 1,705.60 | $ 1,705.60 | $ 1,705.60 | $ 1,705.60 | $ 1,705.60 | $ 1,705.60 | $ 1,705.60 | $ 13,644.80 | $ 22,513.92 | $ 24,765.31 | $ 27,241.84 | $ 29,966.03 |
| Insurance - General Liability | $ 563.93 | $ 563.93 | $ 563.93 | $ 563.93 | $ 563.93 | $ 563.93 | $ 563.93 | $ 563.93 | $ 4,511.44 | $ 7,443.88 | $ 8,188.26 | $ 9,007.09 | $ 9,907.80 |
| Insurance - Workers Comp | $ 266.67 | $ 266.67 | $ 266.67 | $ 266.67 | $ 266.67 | $ 266.67 | $ 266.67 | $ 266.67 | $ 2,133.36 | $ 3,520.04 | $ 3,872.05 | $ 4,259.25 | $ 4,685.18 |
| Lease Payments | $ 4,706.60 | $ 4,706.60 | $ 4,706.60 | $ 4,706.60 | $ 4,706.60 | $ 4,706.60 | $ 4,706.60 | $ 4,706.60 | $ 37,652.80 | $ 62,127.12 | $ 68,339.83 | $ 75,173.82 | $ 82,691.20 |
| Telephone/Communications | $ 484.66 | $ 484.66 | $ 484.66 | $ 484.66 | $ 484.66 | $ 484.66 | $ 484.66 | $ 484.66 | $ 3,877.28 | $ 6,397.51 | $ 7,037.26 | $ 7,740.99 | $ 8,515.09 |
| Utilities $250 COA | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 800.00 | $ 1,320.00 | $ 1,452.00 | $ 1,597.20 | $ 1,756.92 |
| *Miscellaneous* | | | | | | | | | | $ - | | | | |
| Accounting | $ 1,490.00 | $ 1,490.00 | $ 1,490.00 | $ 1,490.00 | $ 1,490.00 | $ 1,490.00 | $ 1,490.00 | $ 1,490.00 | $ 11,920.00 | $ 19,668.00 | $ 21,634.80 | $ 23,798.28 | $ 26,178.11 |
| Company uniforms | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 1,600.00 | $ 2,640.00 | $ 2,904.00 | $ 3,194.40 | $ 3,513.84 |
| Miscellaneous | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 4,000.00 | $ 6,600.00 | $ 7,260.00 | $ 7,986.00 | $ 8,784.60 |
| Legal | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 8,000.00 | $ 13,200.00 | $ 14,520.00 | $ 15,972.00 | $ 17,569.20 |
| Owner's Compensation | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 40,000.00 | $ 66,000.00 | $ 72,600.00 | $ 79,860.00 | $ 87,846.00 |
| Reserve/Misc | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 13,600.00 | $ 22,440.00 | $ 24,684.00 | $ 27,152.40 | $ 29,867.64 |
| **Total Operating Expenses** | $ 86,617.84 | $ 86,617.84 | $ 86,617.84 | $ 86,617.84 | $ 86,617.84 | $ 86,617.84 | $ 86,617.84 | $ 86,617.84 | $ 692,942.72 | $ 1,143,355.49 | $ 1,257,691.04 | $ 1,383,460.14 | $ 1,521,806.15 |
| Net Income | $ 3,032.16 | $ 3,032.16 | $ 3,032.16 | $ 3,032.16 | $ 3,032.16 | $ 3,032.16 | $ 3,032.16 | $ 3,032.16 | $ 24,257.28 | $ 40,024.51 | $ 44,026.96 | $ 48,429.66 | $ 53,272.63 |
| | | | | | | | | | | | | | |
| **Total Reorganization Expense** | | | | | | | | | | | | | |
| **SubV Monthly Payment** | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 21,000.00 | $ 40,000.00 | $ 44,000.00 | $ 5,400.00 | $ 57,600.00 |
| | | | | | | | | | | $3,300/Month | $3,600/Month | $4,500/Month | $4,800/Month |