**Exhibit B- Plan Payment Schedule**
**Quick Dry Carpet Cleaning, LLC (23-10638)**

| | Month # | Total of Payments | Admin Expense Claims | Class 1- IRS* Priority | Class 1- Texas Workforce Commission | Class 1- Texas Comptroller | Class 2- IRS (Secured) @7% interest | Class 3- Kalamata Loans (Secured) | Class 4- AmeriCredit Financial Services (Secured) @ (6.99%) | Class 5- Penny Lane |
|---|---|---|---|---|---|---|---|---|---|---|
| Effective Date Pmt | | | Est. $70,000 (Hayward); $9,000 (Trustee); Hayward's Retainer ($2,652); E. Terry's Security ($7,000) | $ 45,000.00 | $ 5,772.31 | $ 20,094.21 | $ 18,475.48 | $ 45,406.53 | $ 18,083.57 | $ 26,000.00 |
| Amount to Pay through monthly payments | | | $ 70,000.00 | $ 45,000.00 | $ 5,772.31 | $ 20,094.21 | $ 18,475.48 | $ 45,406.53 | $ 18,083.57 | $ 26,000.00 |
| May-24 | 1 | $ 3,000.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | |
| Jun-24 | 2 | $ 3,000.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | |
| Jul-24 | 3 | $ 3,000.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | |
| Aug-24 | 4 | $ 3,000.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | |
| Sep-24 | 5 | $ 3,000.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | |
| Oct-24 | 6 | $ 3,000.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | |
| Nov-24 | 7 | $ 3,000.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | |
| Dec-24 | 8 | $ 3,000.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | |
| Jan-25 | 9 | $ 3,300.00 | $ 800.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | |
| Feb-25 | 10 | $ 3,300.00 | $ 800.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | |
| Mar-25 | 11 | $ 3,300.00 | $ 800.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | |
| Apr-25 | 12 | $ 3,300.00 | $ 800.00 | $ 500.00 | $ 272.31 | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | |
| May-25 | 13 | $ 3,300.00 | $ 800.00 | $ 500.00 | | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | $ 500.00 |
| Jun-25 | 14 | $ 3,300.00 | $ 800.00 | $ 500.00 | | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | $ 500.00 |
| Jul-25 | 15 | $ 3,300.00 | $ 800.00 | $ 500.00 | | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | $ 500.00 |
| Aug-25 | 16 | $ 3,300.00 | $ 800.00 | $ 500.00 | | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | $ 500.00 |
| Sep-25 | 17 | $ 3,300.00 | $ 800.00 | $ 500.00 | | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | $ 500.00 |
| Oct-25 | 18 | $ 3,300.00 | $ 800.00 | $ 500.00 | | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | $ 500.00 |
| Nov-25 | 19 | $ 3,300.00 | $ 800.00 | $ 500.00 | | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | $ 500.00 |
| Dec-25 | 20 | $ 3,300.00 | $ 800.00 | $ 500.00 | | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | $ 500.00 |
| Jan-26 | 21 | $ 3,600.00 | $ 800.00 | $ 800.00 | | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | $ 500.00 |
| Feb-26 | 22 | $ 3,600.00 | $ 800.00 | $ 800.00 | | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | $ 500.00 |
| Mar-26 | 23 | $ 3,600.00 | $ 800.00 | $ 800.00 | | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | $ 500.00 |
| Apr-26 | 24 | $ 3,600.00 | $ 800.00 | $ 800.00 | | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | $ 500.00 |
| May-26 | 25 | $ 3,600.00 | $ 800.00 | $ 800.00 | | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | $ 500.00 |
| Jun-26 | 26 | $ 3,600.00 | $ 800.00 | $ 800.00 | | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | $ 500.00 |
| Jul-26 | 27 | $ 3,600.00 | $ 800.00 | $ 800.00 | | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | $ 500.00 |
| Aug-26 | 28 | $ 3,600.00 | $ 800.00 | $ 800.00 | | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | $ 500.00 |
| Sep-26 | 29 | $ 3,600.00 | $ 800.00 | $ 800.00 | | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | $ 500.00 |
| Oct-26 | 30 | $ 3,600.00 | $ 800.00 | $ 800.00 | | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | $ 500.00 |
| Nov-26 | 31 | $ 3,600.00 | $ 800.00 | $ 800.00 | | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | $ 500.00 |
| Dec-26 | 32 | $ 3,600.00 | $ 800.00 | $ 800.00 | | $ 500.00 | $ 500.00 | $ 250.00 | $ 250.00 | $ 500.00 |
| Jan-27 | 33 | $ 4,500.00 | $ 800.00 | $ 800.00 | | $ 500.00 | $ 500.00 | $ 700.00 | $ 700.00 | $ 500.00 |
| Feb-27 | 34 | $ 4,500.00 | $ 800.00 | $ 800.00 | | $ 500.00 | $ 500.00 | $ 700.00 | $ 700.00 | $ 500.00 |
| Mar-27 | 35 | $ 4,500.00 | $ 800.00 | $ 800.00 | | $ 500.00 | $ 500.00 | $ 700.00 | $ 700.00 | $ 500.00 |
| Apr-27 | 36 | $ 4,500.00 | $ 800.00 | $ 800.00 | | $ 500.00 | $ 500.00 | $ 700.00 | $ 700.00 | $ 500.00 |
| May-27 | 37 | $ 4,500.00 | $ 800.00 | $ 800.00 | | $ 500.00 | $ 500.00 | $ 700.00 | $ 700.00 | $ 500.00 |
| Jun-27 | 38 | $ 4,500.00 | $ 800.00 | $ 800.00 | | $ 500.00 | $ 500.00 | $ 700.00 | $ 700.00 | $ 500.00 |
| Jul-27 | 39 | $ 4,500.00 | $ 800.00 | $ 800.00 | | $ 500.00 | $ 500.00 | $ 700.00 | $ 700.00 | $ 500.00 |
| Aug-27 | 40 | $ 4,500.00 | $ 800.00 | $ 800.00 | | $ 500.00 | $ 500.00 | $ 700.00 | $ 700.00 | $ 500.00 |
| Sep-27 | 41 | $ 4,500.00 | $ 800.00 | $ 800.00 | | $ 94.21 | $ 500.00 | $ 950.00 | $ 700.00 | $ 500.00 |
| Oct-27 | 42 | $ 4,500.00 | $ 800.00 | $ 800.00 | | | $ 369.68 | $ 950.00 | $ 950.00 | $ 500.00 |
| Nov-27 | 43 | $ 4,500.00 | $ 1,000.00 | $ 800.00 | | | | $ 1,100.00 | $ 1,100.00 | $ 500.00 |
| Dec-27 | 44 | $ 4,500.00 | $ 1,000.00 | $ 800.00 | | | | $ 1,100.00 | $ 1,100.00 | $ 500.00 |
| Jan-28 | 45 | $ 4,800.00 | $ 1,000.00 | $ 1,000.00 | | | | $ 1,100.00 | $ 1,200.00 | $ 500.00 |
| Feb-28 | 46 | $ 4,800.00 | $ 1,000.00 | $ 1,000.00 | | | | $ 1,100.00 | $ 1,200.00 | $ 500.00 |
| Mar-28 | 47 | $ 4,800.00 | $ 1,000.00 | $ 1,000.00 | | | | $ 1,100.00 | $ 1,200.00 | $ 500.00 |
| Apr-28 | 48 | $ 4,800.00 | $ 1,600.00 | $ 1,000.00 | | | | $ 1,100.00 | $ 677.58 | $ 500.00 |
| May-28 | 49 | $ 4,800.00 | $ 2,200.00 | $ 1,000.00 | | | | $ 1,100.00 | | $ 500.00 |
| Jun-28 | 50 | $ 4,800.00 | $ 1,300.00 | $ 1,000.00 | | | | $ 2,000.00 | | $ 500.00 |
| Jul-28 | 51 | $ 4,800.00 | $ 1,300.00 | $ 1,000.00 | | | | $ 2,000.00 | | $ 500.00 |
| Aug-28 | 52 | $ 4,800.00 | $ 1,300.00 | $ 1,000.00 | | | | $ 2,000.00 | | $ 500.00 |
| Sep-28 | 53 | $ 4,800.00 | $ 1,300.00 | $ 1,000.00 | | | | $ 2,000.00 | | $ 500.00 |
| Oct-28 | 54 | $ 4,800.00 | $ 1,300.00 | $ 1,000.00 | | | | $ 2,000.00 | | $ 500.00 |
| Nov-28 | 55 | $ 4,800.00 | $ 1,300.00 | $ 1,000.00 | | | | $ 2,000.00 | | $ 500.00 |
| Dec-28 | 56 | $ 4,800.00 | $ 1,300.00 | $ 1,000.00 | | | | $ 2,000.00 | | $ 500.00 |
| Jan-29 | 57 | $ 5,300.00 | $ 1,300.00 | $ 1,000.00 | | | | $ 2,000.00 | | $ 1,000.00 |
| Feb-29 | 58 | $ 5,300.00 | $ 1,300.00 | $ 1,000.00 | | | | $ 2,000.00 | | $ 1,000.00 |
| Mar-29 | 59 | $ 5,300.00 | $ 1,300.00 | $ 1,000.00 | | | | $ 2,000.00 | | $ 1,000.00 |
| Apr-29 | 60 | $ 5,300.00 | $ 1,300.00 | $ 1,000.00 | | | | $ 2,206.52 | | $ 1,000.00 |
| Total | | $ 239,600.00 | $ 54,300.00 | $ 45,200.00 | $ 5,772.31 | $ 20,094.21 | $ 20,869.68 | $ 45,406.52 | $ 21,727.58 | $ 26,000.00 |

The IRS has filed, and amended, a placeholder claim based upon estimated amounts.
The Debtor has been working to correct those amounts, this Plan is based upon the estimated liabilities according to the Debtor's best information.