# Exhibit C- Liquidation Analysis
# Quick Dry Carpet Cleaning, LLC

**Plan Proponent's Estimated Liquidation Value of Unencumbered Assets**

| Assets | | Scheduled Value* | Liquidation Value |
|---|---|---:|---:|
| 1 | Cash/Account Balances | $20,410.56 | $ 18,000.00 |
| 2 | Accounts Receivable | $312,935.43 | $ 40,000.00 |
| 3 | Office Furniture & Equipment | $16,250.00 | $ 500.00 |
| 4 | Machinery & Equipment | Unknown | $ 20,000.00 |
| 5 | Intangibles/IP | $5,000.00 | $ 500.00 |
| 6 | Insurance Claim (*Denied*) | Unknown | $0 |
| 7 | Vehicles | Unknown | $0 |
| | **Total** | **$354,595.99** | **$ 79,000.00** |

| | | |
|---|---|---:|
| Estimated Cost of Broker | | $6,100.00 |
| Chapter 7 Trustee's Administrative Claims (Estimated) | | $ 6,895.00 |
| Chapter 7 Trustee's Counsel and Related | | $ 5,000.00 |
| | *Subtotal* | *$17,995.00* |
| | **Available to Creditors** | **$ 61,005.00** |

| | | | |
|---|---|---|---:|
| Secured Claims | IRS | $ | 18,475.48 |
| | Kalamata Loans | $ | 45,406.53 |
| Priority Claims | Texas Comptroller | $ | 44,012.18 |
| | Texas Workforce Commission | $ | 4,999.76 |
| | Internal Revenue Service | $ | 194,756.78 |
| | Secured and Priority Claims | $ | 307,650.73 |
| **Balance left for Unsecured Claims in Liquidation scenario** | | $ | **(246,645.73)** |
| | vs | | |
| **Distributions for General Unsecured Claims in Chapter 11** | | | **$0** |

\* Per Initial Schedules filed 9.05.23 (Docket No.40)