**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § § | Case No. 23-10638-smr |
| QUICK DRY CARPET CLEANING, LLC D/B/A QUICK DRY RESTORATION | § § § § | Chapter 11 (SubV) |
| Debtor. | § § | |

_____

**NOTICE OF EXPEDITED HEARING**
_____

PLEASE TAKE NOTICE that the Expedited Hearing on *Debtor's Motion to Continue Confirmation Hearing* (Docket No. 151) (the "Motion") is set to take place on **Thursday, April 4, 2024 at 10:00 A.M.** at https://us-courts.webex.com/meet/Robinson via Webex or Phone Call: 650-479-3207; Code: 2305 533 7827.

                                              */s/ Todd Headden*
                                              Todd Headden:
                                              Texas Bar No: 24096285
                                              **HAYWARD PLLC**
                                              7600 Burnet Road, Suite 530
                                              Austin, TX 78757
                                              (737) 881-7100
                                              theadden@haywardfirm.com

                                              **COUNSEL FOR**
                                              **QUICK DRY CARPET CLEANING, LLC**
                                              **D/B/A QUICK DRY RESTORATION**

NOTICE OF EXPEDITED HEARING

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 1, 2024, the foregoing Notice was served via CM/ECF on all parties requesting such service. In addition, within one business day thereof, the foregoing Notice was served via United States First Class Mail to the parties on the attached creditors matrix.

              /s/ *Todd Headden*
              Todd Headden

```
Label Matrix for local noticing          Quick Dry Carpet Cleaning LLC              U.S. BANKRUPTCY COURT
0542-1                                   7917 Aspen Highlands Drive                 903 SAN JACINTO, SUITE 322
Case 23-10638-smr                        Austin, TX 78746-4963                      AUSTIN, TX 78701-2450
Western District of Texas
Austin
Fri Mar 29 16:24:03 CDT 2024

4imprint.com                             ADT                                        ADT Security Services
101 Commerce St                          452 Sable Blvd., Unit G                    1817 W Braker Ln
Oshkosh, WI 54901-4864                   Aurora, CO 80011-0813                      Austin, TX 78758-3624


ARC Abatement                            AT&T Services, Inc.                        Adairded Digital Media
225 S. 12th Street                       9505 Arboretum Blvd                        111512 Tanglebriar Trl
Waco, TX 76701-1811                      Austin, TX 78759-6337                      Austin, TX 78750


Ally Bank                                Ally Bank c/o AIS Portfolio Services, LLC  Ally Financial
AIS Portfolio Services, LLC              4515 N. Santa Fe Ave. Dept. APS            P.O. Box 380901
4515 N Santa Fe Ave. Dept. APS           Oklahoma City, OK 73118-7901               Bloomington, MN 55438-0901
Oklahoma City, OK 73118-7901


AmeriCredit Financial Services, Inc.     (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN   AmeriCredit Financial Services, Inc. dba GM
d/b/a GM Financial                       PO BOX 183853                              P O Box 183853
c/o Wilcox Law, PLLC                     ARLINGTON TX 76096-3853                    Arlington, TX 76096-3853
P.O. Box 201849
Arlington, TX 76006-1849

Ark Reliable Framing                     Ark Reliable Framing                       BPM Fuel
130 La Paz Pl                            147 Lantana                                3512 Southwest Blvd
Cedar Creek, TX 78612-3669               Cedar Creek, TX 78612-4956                 Tulsa, OK 74107-3810


Bank of America                          Binoy and Rupal Nanavati                   Blue Cross Blue Shield
P.O. Box 53137                           c/o Thomas & Sawyer, PLLC                  1001 E Lookout Dr
Phoenix, AZ 85072-3137                   12912 Hill Country Blvd.                   Richardson, TX 75082-4144
                                         Suite F-233
                                         Austin, TX 78738-6388

Building Abatement Demo Company          Capital One                                Capital One N.A.
1621 CR 269                              1680 Capital One Dr                        by American InfoSource as agent
Leander, TX 78641-1522                   Mc Lean, VA 22102-3407                     4515 N Santa Fe Ave
                                                                                    Oklahoma City, OK 73118-7901


Capital One N.A.                         Carrie Lou Bloom                           Cellco Partnership d/b/a Verizon Wireless
by American InfoSource as agent          8805 Ampezo Trl                            William M Vermette
PO Box 71083                             Austin, TX 78749-4940                      22001 Loudoun County PKWY
Charlotte, NC  28272-1083                                                           Ashburn, VA 20147-6122


Centex Environmental                     Chameleon Commercial, LP                   Chameleon Commercial, LP
4808 Hale Dr                             901 W. 9th Street                          c/o Trip Nix
Austin, TX 78749-3711                    Austin, Texas 78703-4630                   100 Congress Ave., Ste. 1800
                                                                                    Austin, TX 78701-4042
```

| | | |
|---|---|---|
| Chamellion Properties<br>901 W 9th St<br>Austin, TX 78703-4630 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | Core Franchise<br>44 East Avenue #2301<br>Austin, TX 78701-1187 |
| Dennis Postiglione<br>3801 N Capital of Texas Highway<br>Suite E240 Box 446<br>Austin, TX 78746-1482 | Elizabeth Whitley<br>2803 Checker Dr<br>Cedar Park, TX 78613-1641 | Elliot Vancill<br>P.O. Box 786<br>Midlothian, TX 76065-0786 |
| Fernando Sanchez<br>13222 Dime Box Trl<br>Austin, TX 78729-7548 | Fuel Logic<br>Attn: Elliot Vancil<br>P.O. Box 786<br>Midlothian, TX 76065-0786 | GM Financial<br>c/o Ally Bank, AIS Porfolio Services LLC<br>4515 N. Santa Fe Ave., Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Growfin.ai<br>3082 Moser Way<br>Marietta, GA 30060-6340 | Hajjar Peters LLP<br>3144 Bee Caves Rd<br>Austin, TX 78746-5560 | Hatch, Inc.<br>3790 El Camino Real, Unit #627<br>Palo Alto, CA 94306-3314 |
| Holland & Knight<br>100 Congress Avenue, Suite 1800<br>Ausn, TX 78701-4042 | Howard Thompson<br>3901 Greystone Dr.<br>Austin, TX 78731-2107 | IMA Select<br>14221 North Dallas Parkway, Suite 700<br>Dallas, TX 75254-2962 |
| Immomover/Docusketch<br>3900 Florida Ave S, Suite 304<br>Lakeland, FL 33813-1150 | Immoviewer, Inc. d/b/a DocuSketch<br>200 Continental Drive<br>Suite 401<br>Newark, DE 19713-4337 | Impact Fire Sprinkler<br>14000 Summit Dr., Suite 700<br>Austin, TX 78728-7109 |
| Innovative Accounng<br>710 East Main St.<br>Lexington, KY 40502-1668 | Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>c/o STEVEN B. BASS<br>Assistant United States Attorney<br>903 San Jacinto Blvd., Suite 334<br>Austin, Texas 78701-2449 |
| Jeff Mehi<br>2005 Goodrich Ave<br>Austin, TX 78704-4000 | Joe and Katie Linville<br>101 Spellbrook Lane<br>Austin, TX 78734-4605 | John Mark Stern<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Julien Maladrie and Marie Thorogood<br>109 E. Nakoma<br>Round Rock, TX 78664-9310 | Kalamata Capital Group<br>1 Blue Hill Plaza<br>Lobby Level #1509<br>Pearl River, NY 10965-3165 | Kalamata Capital Group<br>7315 Wisconsin Ave. #550E<br>Bethesda, MD 20814-3306 |
| Kalamata Loans<br>80 Broad St., 12th Floor<br>New York, NY 10004-2584 | Kelli Hughes<br>2105 Big Hollow Dr<br>Austin, TX 78728-5417 | Kirkpatrick Law Firm<br>12412 Waterford Run Way<br>Manor, TX 78653-4690 |

| | | |
|---|---|---|
| Linxup<br>424 S. Woods Mill Rd.<br>Chesterfield, MO 63017-3428 | Lionheart Funding LLC<br>15632 Allure Dr<br>Westfield, IN 46074-0559 | Lionheart Funding LLC<br>34 Broad St<br>Red Bank, NJ 07701-1968 |
| Lionheart Funding, LLC<br>101 Chase Ave., Suite 208<br>Lakewood, NJ 08701-4762 | Lionheart Funding, LLC<br>66 W. Flager St., Suite 900<br>Miami, FL 33130-1807 | Lionheart Funding, LLC<br>c/o David Fogel, P.C.<br>1225 Franklin Ave., Suite 201<br>Garden City, NY 11530-1890 |
| Lizzie Sorkin<br>8806 Ampezo Trl<br>Austin, TX 78749-4937 | Massingill, Atorney & Counselors at Law<br>c/o Jeff Johnson<br>13809 Research Blvd., Suite 425<br>Austin, TX 78750-1171 | Matterport<br>352 East Java Dr<br>Sunnyvale, CA 94089-1328 |
| Penny Lane<br>7917 Aspen Highlands Dr.<br>Austin, TX 78746-4963 | Personal Administrators, Inc.<br>3939 Bee Cave Rd., Building C-100<br>Austin, TX 78746-6429 | Quickbooks<br>2800 E. Commerce Center Place<br>Tuscan, AZ 85706-4560 |
| RMA Toll<br>P.O. Box 3649<br>Pflugerville, TX 78691-3649 | Ramp<br>71 5th Avenue, 6th Floor<br>New York, NY 10003-3004 | Ramp Business Corporation<br>28 West 23rd Street, Floor 2<br>New York, NY 10010-5260 |
| Randall J Poelma Jr<br>16945 Northchase Drive<br>Ste. 1400<br>Houston, TX 77060-2142 | Raymond Moore<br>321 Louisiana Dr.<br>Thibodaux, LA 70301-5436 | Revenue.io<br>15000 Ventura Blvd #201<br>Sherman Oaks, CA 91403-5490 |
| Rhino Rennovations LLC<br>533 Gray Hawk Ridge<br>Leander, TX 78641-4683 | Rhino Renovations, LLC<br>3801 N Capital of Texas Highway<br>Suite E240 Box 446<br>Austin, TX 78746-1482 | Ryan Adkins<br>1902 Woodland Ave #B<br>Austin, TX 78741-3912 |
| STEVEN B. BASS<br>Assistant United States Attorney<br>903 San Jacinto Blvd., Suite 334<br>Austin, Texas 78701<br>(512) 916-5858 / 916-5854 (fax)<br>Steven.Bass@usdoj.gov 78701-2449 | Scott Courtney<br>2020 Northridge Dr<br>Austin, TX 78723-2615 | Shanna M. Kaminski<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 |
| Southwest Credit<br>4120 Internaonal Pkwy., Suite 110<br>Carrollton, TX 75007-1958 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Texas Comptroller<br>c/o Sherri K. Simpson Paralegal<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Texas Workforce Commission<br>Office of Attorney General<br>BK/Collections<br>P.O. BOX 12548, MC008<br>Austin, TX 78711-2548 | The Hartford<br>690 Asylum Ave<br>Hartford, CT 06155-0002 | The J.D. Wilson Law Firm, PLLC<br>2704 Meister Place<br>Suite B<br>Round Rock, TX 78664-5792 |

| | | |
|---|---|---|
| Tommie Williams<br>7302 Eganhill Dr.<br>Austin, TX 78745-5907 | TxDmv.gov<br>4000 Jackson Ave<br>Austin, TX 78731-6007 | TxTag<br>12719 Burnet Rd<br>Austin, TX 78727-4207 |
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Verizon Wireless<br>Bankruptcy Administration Dept.<br>500 Technology Dr., Suite 500<br>Saint Charles, MO 63304-2225 | Yvonne Bossard<br>c/o Kirkpatrick Law Firm<br>12412 Waterford Run Way<br>Manor, TX 78653-4690 |
| Eric Terry<br>Eric Terry Law, PLLC<br>3511 Broadway<br>San Antonio, TX 78209-6513 | Todd Brice Headden<br>Hayward PLLC<br>7600 Burnet Road<br>Suite 530<br>Austin, TX 78757-1269 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | T-Mobile<br>P.O. Box 53410<br>Bellevue, WA 98015 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Gene Raymond<br>Need Address | (u)High Ranking Software<br>Need Address | (u)Lionheart Funding, LLC |
| (u)Salesforce Sales & Cloud Service<br>Unknown address | End of Label Matrix<br>Mailable recipients 97<br>Bypassed recipients 4<br>Total 101 | |