**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Case No. 23-10638-smr |
| | § | |
| **QUICK DRY CARPET CLEANING, LLC** | § | Chapter 11 (SubV) |
| **D/B/A QUICK DRY RESTORATION** | § | |
| | § | |
| Debtor. | § | |

---

## NOTICE OF CONFIRMATION AND EFFECTIVE DATE OF DEBTOR'S AMENDED PLAN OF REORGANIZATION PURSUANT TO 11 U.S.C. § 1191(a)

---

On June 27, 2024, the Court conducted a hearing on confirmation of the *Debtor's Amended Plan of Reorganization* dated February 21, 2024 (the "Plan") (Docket No. 141). On July 8, 2024, the Court entered an Order confirming the *Debtor's Amended Subchapter V Plan of Reorganization* (the "Confirmation Order") (Docket No. 177), attached as **Exhibit A.**

**NOTICE IS HEREBY GIVEN THAT**:

1.      The Plan is confirmed pursuant to 11 U.S.C. § 1191(a) for Quick Dry Carpet Cleaning, LLC d/b/a Quick Dry Restoration (the "Reorganized Debtor").

2.      The Effective Date of the Plan is, per the Confirmation Order, July 15, 2024.

3.      The deadline to file any Administrative Expense Claim is September 13, 2024.

Dated: July 8, 2024                     Respectfully Submitted,

**HAYWARD PLLC**

*/s/ Todd Headden*
Todd Headden
Texas State Bar No. 24096285
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7100 (Phone/Fax)
theadden@haywardfirm.com

***Counsel for Quick Dry Carpet Cleaning,
LLC d/b/a Quick Dry Restoration***

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2024, the foregoing Notice was served via CM/ECF on all parties requesting such service. Additionally, within one business day thereof, the foregoing Notice was served via United States First Class Mail to the parties listed on the attached creditor's matrix.

*/s/ Todd Headden*
Todd Headden

Label Matrix for local noticing
0542-1
Case 23-10638-smr
Western District of Texas
Austin
Tue Jun 18 15:13:26 CDT 2024

Quick Dry Carpet Cleaning LLC
7917 Aspen Highlands Drive
Austin, TX 78746-4963

U.S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701-2450

4imprint.com
101 Commerce St
Oshkosh, WI 54901-4864

ADT
452 Sable Blvd., Unit G
Aurora, CO 80011-0813

ADT, LLC dba ADT Security Services
1817 W Braker Ln
Austin, TX 78758-3626

ANI International, Inc.
Attn: Don Axman
125 South Wacker Drive, Suite 1625
Chicago, IL 60606-4323

ARC Abatement
225 S. 12th Street
Waco, TX 76701-1811

AT&T Bankruptcy Center
2270 Lakeside Blvd., 7th Floor
Richardson, TX 75082-4304

AT&T Services, Inc.
9505 Arboretum Blvd
Austin, TX 78759-6337

AdAirded Digital Media
c/o Adam Lebo
11512 Tanglebriar Trl
Ausn, TX 78750-1371

Ally Bank
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial
P.O. Box 380901
Bloomington, MN 55438-0901

AmeriCredit Financial Services, Inc.
d/b/a GM Financial
c/o Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006-1849

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

Angel Ochoa and Amy Lombardi
c/o Robson Law Firm
Atn: Thomas Christopher Robson
1114 Lost Creek Boulevard, Suite 440
Austin, TX 78746-6372

Ark Reliable Framing
130 La Paz Pl
Cedar Creek, TX 78612-3669

Ark Reliable Framing
147 Lantana
Cedar Creek, TX 78612-4956

BMP Services, Inc.
4210 S Elwood Ave
Tulsa, OK 74107-5823

Bank of America
P.O. Box 53137
Phoenix, AZ 85072-3137

Binoy and Rupal Nanavati
10220 Medinah Greens Dr
Ausn, TX 78717-3800

Blue Cross Blue Shield
1001 E Lookout Dr
Richardson, TX 75082-4144

Building Abatement Demo Company
1621 CR 269
Leander, TX 78641-1522

Capital One
1680 Capital One Dr
Mc Lean, VA 22102-3407

Capital One N.A.
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Carrie Lou Bloom
8805 Ampezo Trl
Austin, TX 78749-4940

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Chameleon Commercial, LP
901 W. 9th Street
Austin, Texas 78703-4630

Chameleon Commercial, LP
c/o Trip Nix
100 Congress Ave., Ste. 1800
Austin, TX 78701-4042

Chamellion Properties
901 W 9th St
Austin, TX 78703-4630

Charter Communicaons
c/o Sunrise Credi Services, Inc.
P.O. Box 9004
Melville, NY 11747-9004

Charter Communicaons, Inc.
Legal Response Operaons Center
12405 Powerscourt Drive
Saint Louis, MO 63131-3673

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548

Core Franchise
44 East Avenue #2301
Austin, TX 78701-1187

DSD Alarm Administraon
City of Austin PDC-Alarm Cashier
P.O. Box 1088
Austin, TX 78767-1088

Dabrick Brill
15106 Natural Spring Way
Austin, TX 78728-4531

Dennis Postiglione
3801 N Capital of Texas Highway
Suite E240 Box 446
Austin, TX 78746-1482

Elizabeth Whitley
2803 Checker Dr
Cedar Park, TX 78613-1641

Elliot Vancill
P.O. Box 786
Midlothian, TX 76065-0786

FedEX Freight
2200 Forward Dr
Harrison, AR 72601-2234

FedEx Freight
Dept CH P.O. Box 10306
Palatine, IL 60055-0306

Fernando Sanchez
13222 Dime Box Trl
Austin, TX 78729-7548

Fuel Logic
Attn: Elliot Vancil
P.O. Box 786
Midlothian, TX 76065-0786

Future Maids and Sabrina Hoffmann
c/o SMB, PC
Atn: Shane Boasberg, Esq.
1204 San Antonio Street, Suite 201
Austin, TX 78701-1870

GM Financial
c/o AmeriCredit Financial Service, Inc.
P.O. Box 183853
Arlington, TX 76096-3853

Gene Raymond
5192 Hellman
Kyle, TX 78640-4925

Griffith Thomas II, MBA
12912 Hill County Blvd., Suite F-233
Austin, TX 78738-6388

Growfin.ai
c/o Sinecycle Technolgies, Inc.
3524 Silverside Road, Suite 35B
Wilmington, DE 19810-4929

Hajjar Peters LLP
3144 Bee Caves Rd
Austin, TX 78746-5560

Hatch, Inc.
3790 El Camino Real, Unit #627
Palo Alto, CA 94306-3314

Holland & Knight
100 Congress Ave., Suite 1800
Austin, TX 78701-4042

Holland & Knight
100 Congress Avenue, Suite 1800
Ausn, TX 78701-4042

Howard Thompson
3901 Greystone Dr.
Austin, TX 78731-2107

IMA Select
14221 North Dallas Parkway, Suite 700
Dallas, TX 75254-2962

Immomover/Docusketch
3900 Florida Ave S, Suite 304
Lakeland, FL 33813-1150

Immoviewer, Inc. d/b/a DocuSketch
200 Continental Drive
Suite 401
Newark, DE 19713-4337

Impact Fire Sprinkler
2701 Gattis School Road, Bldg. D
Round Rock, TX 78664-3820

Innovative Accounng
710 East Main St.
Lexington, KY 40502-1668

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
c/o STEVEN B. BASS
Assistant United States Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701-2449

Intuit Quickbooks dba QuickBooks Capital
2700 Coast Avenue
Mountain View, CA 94043-1140

Jeff Mehi
2005 Goodrich Ave
Austin, TX 78704-4000

Joe and Katie Linville
101 Spellbrook Lane
Austin, TX 78734-4605

John Mark Stern
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

Julien Maladrie and Marie Thorogood
109 E. Nakoma
Round Rock, TX 78664-9310

Kalamata Capital Group
1 Blue Hill Plaza
Lobby Level #1509
Pearl River, NY 10965-3165

Kalamata Capital Group
7315 Wisconsin Ave. #550E
Bethesda, MD 20814-3306

Kalamata Loans
80 Broad St., 12th Floor
New York, NY 10004-2584

Kelli Hughes
2105 Big Hollow Dr
Austin, TX 78728-5417

Kirkpatrick Law Firm
12412 Waterford Run Way
Manor, TX 78653-4690

Linxup
424 S. Woods Mill Rd.
Chesterfield, MO 63017-3428

Lionheart Funding, LLC
101 Chase Ave., Suite 208
Lakewood, NJ 08701-4762

Lisa Griess
c/o Balmer Law Firm
Atn: Judd J. Blamer, Esq.
170 S. Green Valley Parkway, Suite 300
Henderson, NV 89012-3145

Lizzie Sorkin
8806 Ampezo Trl
Austin, TX 78749-4937

Massingill, Atorney & Counselors at Law
c/o Jeff Johnson
13809 Research Blvd., Suite 425
Austin, TX 78750-1171

Matterport
352 East Java Dr
Sunnyvale, CA 94089-1328

Michael Raminski
2605 Rogge Lane
Austin, TX 78723-3509

Olivia Lazard
c/o Skelton & Woody PLLC
Attn: David Payne
248 Addie Roy Rd #B-302
Austin, TX 78746-4101

Penny Lane
7917 Aspen Highlands Dr.
Austin, TX 78746-4963

Personal Administrators, Inc.
3939 Bee Cave Rd., Building C-100
Austin, TX 78746-6429

Quickbooks
2800 E. Commerce Center Place
Tuscan, AZ 85706-4560

RMA Toll
P.O. Box 3649
Pflugerville, TX 78691-3649

Ramp Business Corp.
28 W 23rd St., Flr. 2
New York, NY 10010-5260

Ramp Business Corporation
28 West 23rd Street, Floor 2
New York, NY 10010-5260

Randall J Poelma Jr
16945 Northchase Drive
Ste. 1400
Houston, TX 77060-2142

Raymond Moore
321 Louisiana Dr.
Thibodaux, LA 70301-5436

Revenue.io
15000 Ventura Blvd #201
Sherman Oaks, CA 91403-5490

Rhino Rennovations LLC
533 Gray Hawk Ridge
Leander, TX 78641-4683

Rhino Renovations, LLC
3801 N Capital of Texas Highway
Suite E240  Box 446
Austin, TX 78746-1482

Ryan Adkins
1902 Woodland Ave #B
Austin, TX 78741-3912

STEVEN B. BASS
Assistant United States Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 916-5858 / 916-5854 (fax)
Steven.Bass@usdoj.gov  78701-2449

Sandra Jo Nix
13313 Coleto Creek Trl
Austin, TX 78732-2070

Scott Courtney
2020 Northridge Dr
Austin, TX 78723-2615

Shanna M. Kaminski
P.O. Box 247
Grass Lake, MI 49240-0247

Southwest Credit
4120 Internaonal Pkwy., Suite 110
Carrollton, TX 75007-1958

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

Texas Comptroller
c/o Christopher S. Murphy A.A.G.
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Texas Comptroller
c/o Sherri K. Simpson Paralegal
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Texas Workforce Commission
Office of Attorney General
BK/Collections
P.O. BOX 12548, MC008
Austin, TX 78711-2548

(p)THE HARTFORD
ATTN BANKRUPTCY UNIT
ONE HARTFORD PLAZA
MAIL DROP T-16-285
HARTFORD CT 06155-0001

The J.D. Wilson Law Firm, PLLC
2704 Meister Place
Suite B
Round Rock, TX 78664-5792

Tommie Williams
7302 Eganhill Dr.
Austin, TX 78745-5907

TxDmv.gov
4000 Jackson Ave
Austin, TX 78731-6007

TxTag
12719 Burnet Rd
Austin, TX 78727-4207

United Service Automobile
9800 Fredericksburg Road
San Antonio, TX 78288-0001

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Verizon Wireless
Bankruptcy Administration Dept.
500 Technology Dr., Suite 500
Saint Charles, MO 63304-2225

Yvonne Bossard
c/o Kirkpatrick Law Firm
12412 Waterford Run Way
Manor, TX 78653-4690

Eric Terry
Eric Terry Law, PLLC
3511 Broadway
San Antonio, TX 78209-6513

Todd Brice Headden
Hayward PLLC
7600 Burnet Road
Suite 530
Austin, TX 78757-1269

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

T-Mobile
P.O. Box 53410
Bellevue, WA 98015

The Hartford
690 Asylum Ave
Hartford, CT 06155

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)High Ranking Software                    (u)Lionheart Funding, LLC                    (u)Salesforce Sales & Cloud Service
Need Address                                                                             Unknown address

End of Label Matrix
Mailable recipients    112
Bypassed recipients      3
Total                  115